# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**CLAIRE A. HYNEK**,

                    Plaintiff(s),

  v.

                                        TELEPHONE STATUS CONFERENCE

**CBS CORPORATION, et al.**,                        Case No. 13-C-391

                    Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding          Tape:
Deputy Clerk: Amanda                                        Hearing Began:  9:01 a.m.
Proceeding Held: April 15, 2015                        Hearing Ended:  9:19 a.m.

**<u>Appearances</u>:**

    **Plaintiff(s):**    Daniel Hausman

    **Defendant(s):**    Roshan Rajkumar

---

The Court is informed that defendant Procter & Gamble has settled and should be filing the dismissal paperwork shortly.

The Court asks counsel if all that remains is to schedule a trial. Mr. Rajkumar states that there are still some aspects of discovery that need to be done. Depositions of family members still need to be taken and the defendant would like to know who the plaintiff intends to call as witnesses.

The defendant would also like copies of any bankruptcy trust disclosure statements as well as any settlement payments and offsets. Mr. Hausman says that these materials are confidential and would submit them if the court ordered. The defendant does not object to the items remaining under seal. The Court orders the materials disclosed under the protective order and the plaintiff shall turn over this information to the defendant within forty-five days. The parties are to submit a proposed order for the court to enter.

The Court further orders that the plaintiff provide the defendant with a list of the names and addresses of the individuals they intend to call as fact witnesses within the next thirty days.

A two week jury trial has been scheduled for April 18, 2016 at 8:30 a.m.
Final pretrial is scheduled for April 1, 2016 at 2:30 p.m.

The Court and counsel discuss the desire to have settlement discussions. Both parties would like to pursue the option of mediation before the Magistrate Judge. The Court will enter an order referring the case to Judge Sickel for mediation.